IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                        CASE NO.: 8-19-bk-11735- RCT
**Karen R Schiefler**
  DEBTOR.                                  CHAPTER 13
_____/
  CO-DEBTOR. (if any)

## NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 CASE

**NOTICE IS HEREBY GIVEN** that the Debtor(s) shall convert this Chapter 13 case to a Chapter 7 case, and hereby files notice of same with the United States Bankruptcy Court.

Signature: X _Karen Schiefler_     Date: _07/29/2020_
           Karen R. Schiefler, Debtor

Signature: _____ Date: _____
           Co-Debtor (if any)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Conversion has been furnished electronically to Kelly Remick, Chapter 13 Trustee, and to **Assistant U.S. Trustee,** 501 E. Polk Street #1200, Tampa, FL 33602; this 29th day of July, 2020.

/S/ **CHALRES T STOHLMAN**

CHARLES T. STOHLMAN       FL BAR NO. 933287
*THE STOHLMAN LAW FIRM, LLC*
120 E Pine St., Suite 7
Lakeland, FL 33801
Phone (863) 603-0856       Fax (863) 603-0856
Email" Charless@cstohlmanlaw.com